UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jesny Ann Joseph, et. al.,

V.

Michael Chertoff, Secretary DHS, et. al.

CASE NUMBER 1:07CV00393
JUDGE: Paul L. Friedman

### Affidavit of Service

I, Govinda Giri Prerana, mailed the summons and complaint personally to Michael Chertoff, Secretary, U.S. Department of Homeland Security, Office of General Counsel, Washington D.C. 20528 by U.S. Postal Service Certified Mail on February 26, 2007. Michael Chertoff, Secretary received the summons on March 1, 2007.

Dated: April 16, 2007

Govinda Giri Prerana
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7005 2570 0000 1763 5525**
Status: **Delivered**

Your item was delivered at 7:32 AM on March 1, 2007 in WASHINGTON, DC 20528.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

 POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy





UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jesny Ann Joseph, et. al.,

    V.

Michael Chertoff, Secretary DHS, et. al.

                                     **CASE NUMBER 1:07CV00393**
                                     **JUDGE: Paul L. Friedman**

**Affidavit of Service**

    I, Govinda Giri Prerana, mailed the summons and complaint personally to U.S. Department of Homeland Security, Office of General Counsel, Washington D.C. 20528 by U.S. Postal Service Certified Mail on February 26, 2007. U.S. Department of Homeland Security received the summons on March 1, 2007.

Dated: April 16, 2007

                                              _____
                                              Govinda Giri Prerana
                                              Law Offices of Rajiv S. Khanna, P.C.
                                              5225 N. Wilson Blvd
                                              Arlington, VA 22205
                                              (703) 908-4800



Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7005 2570 0000 1763 5419**
Status: **Delivered**

Your item was delivered at 7:32 AM on March 1, 2007 in WASHINGTON, DC 20528.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

 POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy





UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jesny Ann Joseph, et. al.

V.

Michael Chertoff, Secretary DHS, et. al.

**CASE NUMBER 1:07CV00393**
**JUDGE: Paul L. Friedman**

### Affidavit of Service

I, Govinda Giri Prerana, mailed the summons and complaint personally to Mr. Emilio T. Gonzalez, Director, U.S. Citizenship & Immigration Services, U.S. Department of Homeland Security, Washington D.C. 20536 by U.S. Postal Service Certified Mail on February 26, 2007. Mr. Emilio T. Gonzalez received the summons on March 1, 2007.

Dated: April 16, 2007

Govinda Giri Prerana
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800



Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 2570 0000 1763 5396**
Status: Delivered

Your item was delivered at 7:55 AM on March 1, 2007 in WASHINGTON, DC 20536.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

---

 POSTAL INSPECTORS
Preserving the Trust

site map    contact us    government services    jobs    **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy





UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jesny Ann Joseph, et. al.

V.

Michael Chertoff, Secretary DHS, et. al.

CASE NUMBER 1:07CV00393
JUDGE: Paul L. Friedman

### Affidavit of Service

I, Govinda Giri Prerana, mailed the summons and complaint personally to U.S. Citizenship & Immigration Service, Washington D.C. 20536 by U.S. Postal Service Certified Mail on February 26, 2007. U.S. Citizenship & Immigration Service received the summons on March 1, 2007.

Dated: April 16, 2007

Govinda Giri Prerana
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7005 2570 0000 1763 5426**
Status: **Delivered**

Your item was delivered at 7:55 AM on March 1, 2007 in WASHINGTON, DC 20536.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )



POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust      Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jesny Ann Joseph, et. al.

v.

Michael Chertoff, Secretary DHS, et. al.

CASE NUMBER 1:07CV00393
JUDGE: Paul L. Friedman

**Affidavit of Service**

I, Govinda Giri Prerana, mailed the summons and complaint personally to Mr. Robert M. Cowan, Director, U.S. Citizenship & Immigration Services, Lee's Summit, MO 64064 by U.S. Postal Service Certified Mail on February 26, 2007. Mr. Robert M. Cowan received the summons on March 1, 2007.

Dated: April 16, 2007

_____
Govinda Giri Prerana
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800



**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7005 2570 0000 1763 5402**
Status: **Delivered**

Your item was delivered at 2:28 PM on March 1, 2007 in LEES SUMMIT, MO 64064.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



U.S. Postal Service™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $1.35 | 0132 |
| Certified Fee | $2.40 | Mathew # 28273  09 |
| Return Receipt Fee (Endorsement Required) | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.60 | 02/26/2007 |

Sent To: Robert M. Cowan, Director, US Citizenship
         & Imm. Services, US Dept. of Homeland
Street, Apt. No.;
or PO Box No. Security: P.O. Box 648003,
City, State, ZIP+4
Lee's Summit MO 64064

7005 2570 0000 1763 5402

PS Form 3800, June 2002   See Reverse for Instructions

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jesny Ann Joseph, et. al.

v.

Michael Chertoff, Secretary DHS, et. al.

CASE NUMBER 1:07CV00393
JUDGE: Paul L. Friedman

### Affidavit of Service

I, Govinda Giri Prerana, mailed the summons and complaint personally to Sandy Heathman, Acting District Director, Detroit District Office, Detroit, MI 48207 by U.S. Postal Service Certified Mail on February 26, 2007. Sandy Heathman received the summons on February 28, 2007.

Dated: April 16, 2007

Govinda Giri Prerana
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7005 2570 0000 1763 5440**
Status: **Delivered**

Your item was delivered at 12:16 PM on February 28, 2007 in DETROIT, MI 48207.

( Additional Details > )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

  POSTAL INSPECTORS
Preserving the Trust

site map    contact us    government services    jobs    **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy





UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jesny Ann Joseph, et. al.

v.

Michael Chertoff, Secretary DHS, et. al.

CASE NUMBER 1:07CV00393
JUDGE: Paul L. Friedman

### Affidavit of Service

I, Govinda Giri Prerana, mailed the summons and complaint personally to Mr. Robert Mueller, Director, Federal Bureau of Investigations, Office of the General Counsel, Washington D.C. 20535 by U.S. Postal Service Certified Mail on February 26, 2007. Mr. Robert Mueller received the summons on March 2, 2007.

Dated: April 16, 2007

Govinda Giri Prerana
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7006 0810 0004 0988 4906**
Status: **Delivered**

Your item was delivered at 4:10 AM on March 2, 2007 in WASHINGTON, DC 20535.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )



POSTAL INSPECTORS
Preserving the Trust

site map    contact us    government services    jobs    **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



