**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Jesny Ann Joseph, et. al.

    v.

Michael Chertoff, Secretary DHS, et. al.

                          **CASE NUMBER 1:07CV00393**
                          **JUDGE: Paul L. Friedman**

**Affidavit of Service**

    I, Govinda Giri Prerana, mailed the summons and complaint personally to Mr. Alberto Gonzales, U.S. Attorney General, U.S. Department of Justice, Washington D.C. 20530 by U.S. Postal Service Certified Mail on February 26, 2007. Mr. Alberto Gonzales received the summons on March 2, 2007.

Dated: April 16, 2007

                                                _____
                                                Govinda Giri Prerana
                                                Law Offices of Rajiv S. Khanna, P.C.
                                                5225 N. Wilson Blvd
                                                Arlington, VA 22205
                                                (703) 908-4800



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7005 2570 0000 1763 5433**
Status: **Delivered**

Your item was delivered at 4:55 AM on March 2, 2007 in WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

 POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

