UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jesny Ann Joseph, et. al.

v.

Michael Chertoff, Secretary DHS, et. al.

CASE NUMBER 1:07CV00393
JUDGE: Paul L. Friedman

### Affidavit of Service

I, Govinda Giri Prerana, mailed the summons and complaint personally to United States of America, U.S. Attorney's office, Washington D.C. 20530 by U.S. Postal Service Certified Mail on February 26, 2007. U.S. Attorney's office received the summons on March 1, 2007.

Dated: April 16, 2007

_____
Govinda Giri Prerana
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7005 2570 0000 1763 5532**
Status: **Delivered**

Your item was delivered at 4:53 AM on March 1, 2007 in WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

 POSTAL INSPECTORS
Preserving the Trust

site map    contact us    government services    jobs    **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



