UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESNY ANN JOSEPH, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, Secretary, United States )<br>Department of Homeland Security, et al. )<br>)<br>Defendants. )<br>)<br>) | Case Number: 1:07CV0393(PLF) |

**MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Pursuant to Federal Rule of Civil Procedure 6(b)(2), Defendants Michael Chertoff et al., through undersigned counsel, hereby request that the Court grant Defendants a 45-day enlargement of time to answer Plaintiff's Complaint, making Defendants' Answer due June 14, 2007. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiffs in an effort to obtain Plaintiffs' consent to this motion; however, counsel for Plaintiffs did not respond before Defendants filed this motion.

In support of this motion for an extension of time, Defendants state as follows:

Plaintiffs filed a Complaint on February 23, 2007. Defendants' answer was due 60 days after the Complaint was served upon the United States Attorney. See Fed. R. Civ. P. 12(a)(3)(A). As proof of service, Plaintiffs submitted a copy of an online delivery confirmation from the United States Postal Service, which indicated that the postal service delivered a package March 1, 2007. See Dkt. Entry 5. Plaintiffs did not submit a certified mail return receipt signed by the United States Attorney's Office or its representatives. Moreover, review within the United States Attorney's Office reveals no record of receipt of the Complaint in any of the logs where service

would be recorded.

The United States Attorney's Office first became aware of the Complaint upon receiving an inquiry from the Court on May 3, 2007. Thereafter, the United States Attorney's Office downloaded a copy of the Complaint from PACER, and attempted to determine whether the Complaint had been served on March 1, 2007. The undersigned Assistant United States Attorney believes that the United States Attorney's Office did not receive the Complaint on March 1, 2007, or at any time prior to May 3, 2007. Defendants respectfully submit that service should not be deemed to have been made upon the United States Attorney if the relevant United States Attorney's Office has not received a copy of the summons or complaint.

If service were deemed complete on March 1, 2007, Defendants' answer would have been due April 30, 2007. Defendants were unable to file an Answer or otherwise respond to Plaintiff's Complaint by April 30, 2007, because at that time undersigned counsel were not aware that the Complaint had been filed. Thus if Defendants' answer were in fact due April 30, 2007, Defendants' failure to timely file an answer or otherwise respond to the Complaint was attributable to excusable neglect. See Ham v. Smith, 653 F.2d 628, 631 n.7 (D.C. Cir. 1981) (noting that if party did not receive pleading on time late response was excusable neglect); see generally Fed. R. Civ. P. 6(b)(2).

Defendants wish to answer Plaintiff's Complaint expeditiously. However, Defendants need additional time to consult with the Department of Homeland Security concerning Plaintiffs' factual allegations, and to prepare their Answer or other responsive pleading. Although Defendants ordinarily would have 60 days to investigate those facts and prepare their Answer, Defendants have requested a more modest 45-day extension in an effort to accommodate the Court's and Plaintiffs' interest in the swift resolution of this case.

Defendants have not previously requested that this Court enlarge the time for filing any pleading. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants an additional 45 days to answer Plaintiff's Complaint should cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Motion for Extension of Time to File Answer.

Dated: May 4, 2007

                                            Respectfully submitted,

                                            /s/
                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                        United States Attorney

                                            /s/
                                        RUDOLPH CONTRERAS, D.C. BAR #434122
                                        Assistant United States Attorney

                                          /s/ Robin M. Meriweather
                                        ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                        Assistant United States Attorney
                                        555 Fourth St., N.W.
                                        Washington, D.C.  20530
                                        Phone: (202) 514-7198
                                        Fax: (202) 514-8780
                                        Robin.Meriweather2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of May, 2007, I caused the foregoing Motion for Extension of Time to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiffs by first-class mail, postage prepaid, addressed as follows:

Rajiv Santosh Khanna
LAW OFFICE OF RAJIV S. KHANNA, PC
5225 North Wilson Boulevard
Arlington, VA 22205

      /s/   *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
JESNY ANN JOSEPH, <u>et al.</u>            )
                                         )
            Plaintiffs,                  )
                                         )
      v.                                 )   Case Number:  1:07CV0393(PLF)
                                         )
MICHAEL CHERTOFF, Secretary, United States )
Department of Homeland Security,  <u>et al.</u> )
                                         )
            Defendants.                  )
                                         )
_____)

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Answer, it is this

_____ day of _____, 2007,

ORDERED that Defendants' Motion for Extension of Time to File Answer be and is

hereby GRANTED.

It is further ORDERED that Defendants must submit an Answer or otherwise respond to

Plaintiff's Complaint by June 14, 2007.

SO ORDERED.

                                         _____
                                         United States District Judge