# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESNY ANN JOSEPH, <u>et al.</u> )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, Secretary, United States )<br>Department of Homeland Security, <u>et al.</u> )<br>)<br>Defendants. )<br>) | Case Number:  1:07CV0393(PLF) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel for Defendants in the above-captioned action.

Respectfully submitted,


/s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of May, 2007, I caused the foregoing Notice of Appearance to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiffs by first-class mail, postage prepaid, addressed as follows:

Rajiv Santosh Khanna
LAW OFFICE OF RAJIV S. KHANNA, PC
5225 North Wilson Boulevard
Arlington, VA 22205

/s/ *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114