UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESNY ANN JOSEPH, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case Number: 1:07CV0393(PLF) |
| ) | |
| MICHAEL CHERTOFF, Secretary, United States ) | |
| Department of Homeland Security, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**CONSENT MOTION TO HOLD CASE IN ABEYANCE FOR 90 DAYS**

Pursuant to Federal Rule of Civil Procedure 7(b) and Local Civil Rule 7, Defendants, through undersigned counsel, hereby respectfully request that the Court hold this case in abeyance for 90 days. In accordance with Local Rule 7(m), counsel for Defendants has conferred with counsel for Plaintiffs, and Plaintiffs have consented to the filing of this motion.

Defendants respectfully submit that there is good cause to grant this motion, and in support thereof state as follows:

1. Plaintiffs filed this mandamus action February 23, 2007, alleging that Defendants have unreasonably delayed processing the Form I-485 adjustment of status application filed by Plaintiff Vinod Mathew, and the Form I-130 Petition for Alien Relative filed by Plaintiff Jesny Ann Joseph. The complaint also alleges that Mr. Mathew's application for employment authorization has been pending with Defendant USCIS since March 12, 2006.

2. Since the complaint was filed, Mr. Mathew's application for employment authorization has been granted.

3. Mr. Mathew is scheduled to attend an interview in connection with his adjustment of status application on June 29, 2007.

4. In light of these factual developments, Defendants respectfully submit that it would be appropriate to hold the proceedings in abeyance for 90 days. Holding the case in abeyance would allow the parties to continue to pursue an administrative resolution to the instant dispute, thereby potentially avoiding unnecessary litigation of an issue that could be resolved administratively.

5. Granting the instant motion would cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Consent Motion to Hold Case in Abeyance for 90 Days.

Dated: June 13, 2007                    Respectfully submitted,


                                        /s/ Jeffrey A. Taylor
                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                        United States Attorney


                                        /s/ Rudolph Contreras
                                        RUDOLPH CONTRERAS, D.C. BAR #434122
                                        Assistant United States Attorney


                                        /s/ Robin M. Meriweather
                                        ROBIN M. MERIWEATHER, D.C. Bar # 490114
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        555 4th St., N.W.
                                        Washington, D.C. 20530
                                        (202) 514-7198
                                        Robin.Meriweather2@usdoj.gov

                                        *Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JESNY ANN JOSEPH, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case Number: 1:07CV0393(PLF) |
| ) | |
| MICHAEL CHERTOFF, Secretary, United States ) | |
| Department of Homeland Security, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### **ORDER**

Upon consideration of Defendants' Motion To Hold Case in Abeyance for 90 Days, it is this _____ day of _____, 2007,

ORDERED that the Motion to Hold Case in Abeyance for 90 Days be and is hereby GRANTED.

SO ORDERED.

_____
United States District Judge