## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESNY ANN JOSEPH, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case Number: 1:07CV0393(PLF) |
| | ) |
| MICHAEL CHERTOFF, Secretary, United States Department of Homeland Security, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## JOINT STATUS REPORT

Pursuant to the order dated June 15, 2007 of this Court, the parties hereby submit their Joint Status Report. This is a mandamus action in which Plaintiffs allege that Defendants have unreasonably delayed processing the Form I-485 adjustment of status application filed by Plaintiff Vinod Mathew and the Form I-130 Petition for Alien Relative filed by Plaintiff Jesny Ann Joseph.

The Plaintiff, Mr. Vinod Mathew being the beneficiary of the Immigrant Petition filed by the Plaintiff, Ms. Jesny Ann Joseph, was interviewed by the United States Citizenship and Immigration Service ("USCIS") on June 29, 2007 at 1 p.m. at their office located at 333, Mount Elliot Avenue, Detroit, MI 44858.

On June 29, 2007, USCIS granted the I-130 petition Ms. Joseph filed on behalf of Mr. Mathew. USCIS scheduled a fingerprinting appointment for July 14, 2007 in connection with Mr. Mathew's I-485 petition. USCIS's adjudication of the I-485 petition has been suspended because the background checks remain pending. If adjudication of

the I-485 petition is not completed by September 15, 2007, USCIS will file a pleading responsive to the Complaint.

Dated: 16 July 2007

                                    Respectfully submitted,

                                  __ /s/ Rajiv S. Khanna (by RMM)
RAJIV S. KHANNA
Attorney for Plaintiffs
D.C. Bar No. 419023

Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Boulevard
Arlington, Virginia 22205
Phone: 703-908-4800, Extension 110
Facsimile: 703-908-4890
E-mail: rskhanna@immigration.com


                                 ___/s/ Jeffrey A. Taylor_____
JEFFREY A. TAYLOR
D.C. Bar # 498610
United States Attorney


                                 __/s/ Rudolph Contreras_____
RUDOLPH CONTRERAS
D.C. Bar # 434122
Assistant United States Attorney


                                 ___/s/ Robin M. Meriweather_____
ROBIN M. MERIWEATHER
D.C. Bar # 490114
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Email: Robin.Meriweather2@usdoj.gov