UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESNY ANN JOSEPH, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary, United States ) <br> Department of Homeland Security, et al. ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case Number: 1:07CV0393(PLF) |

### CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Michael Chertoff et al., through undersigned counsel, hereby request that the Court grant Defendants a 21-day enlargement of time to answer Plaintiff's Complaint, making Defendants' Answer due October 5, 2007. The 90-day abeyance period ends September 13, 2007, making Defendants' Answer due September 14, 2007 under the current schedule. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiffs to obtain Plaintiffs' position on to this motion, and Plaintiffs consent to the requested enlargement.

In support of this motion for an extension of time, Defendants state as follows:

Plaintiffs' complaint arises out of three immigration-related applications filed by Plaintiffs: a form I-130 petition for alien relative, a Form I-485 "adjustment of status" application, and a form I-765 application for employment authorization. Plaintiffs seek mandamus and declaratory relief concerning the adjudication of those applications, and also challenge United States Customs and Immigration Services ("USCIS") policies and procedures. On June 14, 2007, the parties filed a motion requesting that the case be held in abeyance for 90

days, so that the parties could pursue the administrative resolution of the case. USCIS has now granted the I-130 and I-765 petitions, and only the Form I-485 application remains pending.

Defendants have made a good-faith effort to prepare their answer or other response in advance of the current deadline, but need additional time to complete their responsive pleading. In addition, Defendants have initiated discussions with counsel for Plaintiffs concerning potential stipulations to narrow the case in light of the grant of the I-130 and I-765 petitions. A 21-day enlargement of time will allow the parties to continue those discussions concerning potential stipulations to dismiss claims that have been resolved, and also will give Defendants sufficient time to complete their response.

The 21-day enlargement also will allow counsel for Defendants to honor her commitments in other matters. The work schedule of the undersigned Assistant United States Attorney is very demanding due in part to a deposition held September 13, 2007, an opposition memorandum of law due September 13, 2007, a motion to dismiss due September 14, 2007, and a motion to dismiss and reply brief due September 17, 2007.

Defendants have requested one prior enlargement of time, based on the fact that the United States Attorney's Office did not receive the service copy of the complaint. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants an additional 21 days to answer Plaintiff's Complaint should cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Motion for Extension of Time to File Answer.

Dated: September 13, 2007

                                                Respectfully submitted,

                                                /s/
                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                        United States Attorney

                                                /s/
                                        RUDOLPH CONTRERAS, D.C. BAR #434122
                                        Assistant United States Attorney


                                                /s/ Robin M. Meriweather
                                        ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                        Assistant United States Attorney
                                        555 Fourth St., N.W.
                                        Washington, D.C.  20530
                                        Phone: (202) 514-7198
                                        Fax: (202) 514-8780
                                        Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of September, 2007, I caused the foregoing Motion for Extension of Time to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiffs by first-class mail, postage prepaid, addressed as follows:

Rajiv Santosh Khanna
LAW OFFICE OF RAJIV S. KHANNA, PC
5225 North Wilson Boulevard
Arlington, VA 22205

                                              /s/   *Robin M. Meriweather*
                                      ROBIN M. MERIWEATHER, D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
JESNY ANN JOSEPH, et al.            )
                                    )
            Plaintiffs,             )
                                    )
      v.                            )   Case Number:  1:07CV0393(PLF)
                                    )
MICHAEL CHERTOFF, Secretary, United States )
Department of Homeland Security,  et al.   )
                                    )
            Defendants.             )
                                    )
_____)

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Answer, it is this

_____ day of _____, 2007,

ORDERED that Defendants' Motion for Extension of Time to File Answer be and is hereby GRANTED.

It is further ORDERED that Defendants must submit an Answer or otherwise respond to Plaintiff's Complaint by October 5, 2007.

SO ORDERED.

_____
United States District Judge