UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESNY ANN JOSEPH, <u>et al.</u><br><br>        Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary, United States Department of Homeland Security, <u>et al.</u><br><br>        Defendants. | )<br>)<br>)<br>)<br>)  Case Number:  1:07CV0393(PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER</u>**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Michael Chertoff <u>et al.</u>, through undersigned counsel, hereby request that the Court grant Defendants a 7-day enlargement of time to answer Plaintiff's Complaint, making Defendants' Answer due October 12, 2007. Defendants' Answer currently is due October 5, 2007 under the current schedule.  Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiffs to obtain Plaintiffs' position on to this motion, and Plaintiffs consent to the requested enlargement.

In support of this motion for an extension of time, Defendants state as follows:

Plaintiffs' complaint arises out of three immigration-related applications filed by Plaintiffs: a  form I-130 petition for alien relative, a Form I-485 "adjustment of status" application, and a form I-765 application for employment authorization.   Plaintiffs seek mandamus and declaratory relief concerning the adjudication of those applications, and also challenge United States Customs and Immigration Services ("USCIS") policies and procedures. On June 14, 2007, the parties filed a motion requesting that the case be held in abeyance for 90

days, so that the parties could pursue the administrative resolution of the case.  USCIS has now granted the I-130 and I-765 petitions, and only the Form I-485 application remains pending.

There is good cause to grant this motion.  As indicated in Defendants' September 13, 2007, motion Defendants have initiated discussions with counsel for Plaintiffs concerning potential stipulations to narrow the case in light of the grant of the I-130 and I-765 petitions.  Those discussions remain ongoing, and the parties have not yet reached agreement concerning whether these changed circumstances warrant narrowing of the scope of the complaint.  The outcome of those discussions will have a significant impact on the content and scope of Defendants' responsive pleading or motion.  A 7-day enlargement of time will allow the parties to continue those discussions concerning potential stipulations to dismiss claims that have been resolved, and will permit Defendants to submit a responsive pleading or motion that reflects the outcome of those discussions.

Defendants have requested two prior enlargements of time, which Plaintiffs did not oppose, and which this Court has granted.  There are no pending deadlines or court dates that this request for enlargement would affect.  Granting Defendants an additional 7 days to answer Plaintiff's Complaint should cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Motion for Extension of Time to File Answer.

Dated: October 4, 2007

                                      Respectfully submitted,

                                      /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                      /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

                                     /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of October, 2007, I caused the foregoing Motion for Extension of Time to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiffs by first-class mail, postage prepaid, addressed as follows:

Rajiv Santosh Khanna
LAW OFFICE OF RAJIV S. KHANNA, PC
5225 North Wilson Boulevard
Arlington, VA 22205

      /s/   *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
JESNY ANN JOSEPH, et al.          )
                                  )
        Plaintiffs,               )
                                  )
    v.                            )   Case Number:  1:07CV0393(PLF)
                                  )
MICHAEL CHERTOFF, Secretary, United States )
Department of Homeland Security,  et al.   )
                                  )
        Defendants.               )
                                  )
_____)

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Answer, it is this

_____ day of _____, 2007,

ORDERED that Defendants' Motion for Extension of Time to File Answer be and is hereby GRANTED.

It is further ORDERED that Defendants must submit an Answer or otherwise respond to Plaintiff's Complaint by October 12, 2007.

SO ORDERED.

_____
United States District Judge