UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jenny Ann Joseph, *et al.* <br><br>                     Plaintiffs, <br><br> v. <br><br> Michael Chertoff, *et al.* <br><br>                     Defendants. | Case Number: 1:07CIV0393(PLF) |

NOTICE OF VOLUNTARY DISMISSAL

Please take notice that pursuant, *inter alia,* to Federal Rule of Civil Procedure 41, Plaintiff hereby voluntarily dismisses, without prejudice, the above-captioned action.

Dated: 18 October 2007

                                        Respectfully Submitted,


                                        _____/S/_____
                                        Rajiv S. Khanna
                                        D.C. Bar No. 419023
                                        Attorney for Plaintiffs

                                        Law Offices of Rajiv S. Khanna, PC
                                        5225 N. Wilson Blvd
                                        Arlington, VA 22205
                                        Tel: 703-908-4800 Extension 110
                                        Fax: 703-908-4890
                                        rskhanna@immigration.com